RECEIVED

NOV 28 2022

DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ROBERT ANNABEL, II
#414234,

Plaintiff-Appellant

v.

JOSEPH NOVAK; KEVIN
WOODS; and JOHN
CHRISTIANSEN

Defendants-Appellees

Case No: 22-1867 (GSA)

## MOTION FOR PAUPER STATUS

I move to waive the payment of the appellate filing fee under Fed. R. App. P. 24 because I am a

pauper. This motion is supported by the attached financial affidavit.

The issues which I wish to raise on appeal are:

I. DID THE DISTRICT COURT ERR IN GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT?

II DID THE DISTRICT COURT ERR BY DENYING PLAINTIFF ANNABEL'S MOTION FOR SUMMARY JUDGMENT?

III. DID THE DISTRICT COURT ERR BY DENYING PLAINTIFF ANNABEL'S MOTION FOR PRODUCTION OF DOCUMENTS?

Signed: _____   Date: 11/09/2022

Address: Macomb Correctional Facility
34625 26 Mile Rd

Lenox Twp., MI 48048

Robert Annabel, II, #414234
Macomb Correctional Facility
34625 26 Mile Rd.
Lenox Twp., MI 48048

**RECEIVED**

NOV 2 8 2022

DEBORAH S. HUNT, Clerk



X-RAY ☑
U.S. MARSHALS SERVICE

United States Court of Appeals
For the Sixth Circuit
100 E. Fifth St., Rm. 540
Cincinnati, OH 45202-3988

US POSTAGE
$ 010.20